Mary Jo O'Neill #005924
Sally Shanley # 012251
T. Diana Chen # 021706
**Equal Employment Opportunity Commission, Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, Arizona  85012-2504
Telephone:  (602) 640-5029
Fax: (602) 640-5009
Email:  diana.chen@eeoc.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>                    Plaintiff,<br><br>          vs.<br><br>iPayment,Inc., a Delaware corporation, dba National Processing Management Group, and<br><br>GMPN, Inc., dba National Processing Management Group,<br><br>                    Defendants. | CIV<br><br><br><br>**COMPLAINT**<br><br>**(Jury Trial Demanded)** |

## **NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964, as amended, to correct unlawful employment practices on the basis of national origin, East Indian, and to provide appropriate relief to Sabrina Rana, an East Indian, who was adversely affected by such  practices.   Plaintiff, Equal Employment Opportunity Commission ("EEOC" or the "Commission") alleges that Ms. Rana was discriminated against when she was terminated by Defendants, iPayment, Inc., dba National Processing Management Group and GMPN, Inc., dba National Processing Management Group ("Defendants") due to her national origin, East Indian, and her East Indian accent.

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

**PARTIES**

3. Plaintiff, Equal Employment Opportunity Commission ("EEOC" or the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendants have been doing business in the State of Arizona and has continuously had at least fifteen employees.

5. At all relevant times, Defendants have continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e(b), (g) and (h).

**STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, Ms. Rana filed a charge with the Commission alleging violations of Title VII by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least November, 2005, Defendants have engaged in unlawful employment practices at its Phoenix, Arizona facility in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a) by discriminating against Ms. Rana on the basis of her national origin when it terminated her due to her national origin, East Indian, and her East Indian accent.

8.     Ms. Rana is of East Indian descent.   At all relevant times, Ms. Rana spoke and communicated fluently in English.

9.     The effect of the Defendants' termination of Ms. Rana because of her national origin, East Indian, has been to deprive Ms. Rana of equal employment opportunities and otherwise adversely affect her status as an employee because of her national origin.

10.    The unlawful employment practices complained of above were intentional and caused Ms. Rana emotional pain, suffering, inconvenience, mental anguish, humiliation and loss of enjoyment of life.

11.    The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of Ms. Rana.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendants and its officers, successors, assigns and all persons in active concert or participation with Defendants from engaging in any employment practice which discriminates on the basis of national origin.

B.     Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for all employees, regardless of national origin, and those who oppose unlawful employment discrimination, and which eradicate the effects of its past and present unlawful employment practices.

C.     Order Defendants to make whole Ms. Rana by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of Defendants' unlawful employment practices including, but not limited to, reinstatement or frontpay in lieu of reinstatement.

1    D.    Order Defendants to make whole Ms. Rana by providing
2 compensation for past and future pecuniary losses resulting from the unlawful
3 employment practices described above, in amounts to be determined at trial.
4    E.    Order Defendants to make whole Ms. Rana by providing
5 compensation for past and future non-pecuniary losses resulting from the
6 unlawful practices complained of above, including emotional pain, suffering,
7 inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be
8 determined at trial.
9    F.    Order Defendants to pay Ms. Rana punitive damages for its
10 malicious and/or reckless conduct, in amounts to be determined at trial.
11    G.    Grant such further relief as the Court deems necessary and proper in
12 the public interest.
13    H.    Award the Commission its costs of this action.

## **JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 21st day of February, 2007.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C.  20507

<pre>
                        s/ Mary Jo O'Neill
                        MARY JO O'NEILL
                        Regional Attorney


                        s/ Sally C. Shanley
                        SALLY SHANLEY
                        Supervisory Trial Attorney


                        s/ T. Diana Chen
                        T. Diana Chen
                        Trial Attorney


                        EQUAL EMPLOYMENT
                        OPPORTUNITY COMMISSION
                        Phoenix District Office
                        3300 N. Central Ave., Suite 690
                        Phoenix, Arizona  85012
                        (602) 640-5029

                        Attorneys for Plaintiff
</pre>